UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:17-CV-00736-GNS-RSE

RUTH MAE CHELF                                                                                      PLAINTIFF

v.

PRUDENTIAL INSURANCE COMPANY
OF AMERICA, et al.                                                                                   DEFENDANTS

## JUDGMENT

This matter is before the Court on Defendants' Motion for Entry of Judgment (DN 33), and the Court on this date having issued its Order granting the motion.

**IT IS HEREBY ORDERED** that pursuant to Fed. R. Civ. P. 54(b), Plaintiff's claims against Defendants Wal-Mart Associates, Inc. and Administrative Committee for the Associates' Health and Welfare Plan are **DISMISSED WITH PREJUDICE**.

This is a final and appealable order. This is not just reason for delay.

**Greg N. Stivers, Judge**
**United States District Court**
November 5, 2018

cc:     counsel of record